# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE SCHAEFER and<br>JOAN SCHAEFER,<br><br>           Plaintiffs,<br><br>vs.<br><br>MIDWEST FAMILY MUTUAL<br>INSURANCE COMPANY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:06CV234<br><br>ORDER |

The records of the court show that on February 24, 2006, a letter (Filing No. 4) was sent to:

> Kelly Stricherz
> **KETTERING LAW OFFICES**
> P.O. Box 668
> Yankton, SD 57078

from the Office of the Clerk directing that the attorney register for admission to practice in this court as required by NEGenR 1.7(d) or (f) and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen days. As of the close of business on April 18, 2006, said attorney has not complied with the request set forth in the letter from the Office of the Clerk. Accordingly,

**IT IS ORDERED** that, on or before **May 3, 2006**, attorney Kelly Stricherz shall register for admission to practice and for the System or show cause by written affidavit why the attorney cannot comply with the rules of the court.

DATED this 19th day of April, 2006.

                                                        BY THE COURT:

                                                         s/Thomas D. Thalken
                                                        United States Magistrate Judge