# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE SCHAEFER and<br>JOAN SCHAEFER, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:06CV234 |
| vs. | )<br>) | ORDER |
| MIDWEST FAMILY MUTUAL<br>INSURANCE COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

This matter is before the court on the motion for substitution of counsel for the plaintiffs (Filing No. 9). The plaintiffs state counsel Kelly Stricherz is no longer with the firm of Kettering Law Office, however Wanda Howey-Fox from the firm shall be listed as co-counsel for the plaintiffs. The court finds the plaintiffs have shown good cause for the withdrawal of Kelly Stricherz as counsel for the plaintiffs pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for substitution of counsel (Filing No. 9) is granted.

2. The Clerk of Court shall substitute Wanda Howey-Fox for Kelly Stricherz as counsel for the plaintiffs in this matter.

3. The Clerk of Court shall stop all electronic notices to Kelly Stricherz regarding this case and terminate the pending show cause deadline for said attorney.

DATED this 20th day of April, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge