## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DALE SCHAEFER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:06CV234** |
| **vs.** ) | |
| ) | **ORDER** |
| **MIDWEST FAMILY MUTUAL** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on September 8, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **November 13, 2006** at **1:30 p.m. Central Standard Time**. Plaintiffs' counsel shall initiate the telephone conference.

DATED this 8th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge