IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE SCHAEFER, and JOAN SCHAEFER,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>MIDWEST FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 8:06CV234<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　This matter coming before the Court on the stipulation of the parties and, it appearing that settlement has been reached;

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled action should be and hereby is dismissed with prejudice to the bringing of a new action, all parties to pay their own costs and attorney fees.

　　　Dated this 6th day of February, 2007.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　CHIEF JUDGE

PREPARED AND SUBMITTED BY:

MICHAEL G. MULLIN, #16329
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge St.
Omaha, NE  68102
(402) 341-3070
Attorney for Defendant